# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 13, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re: Faculty, Alumni, and Students Opposed to Racial Preferences
v. New York University
No. 21-1046
(Your No. 20-1508)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk